HECTOR J. ROBLES, Respondent, v RICHARD MULLIGAN et al., Appellants. [25 NYS3d 610]—

In an action to recover damages for personal injuries, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County (Connolly, J.), dated June 26, 2015, as denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendants met their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The defendants submitted competent medical evidence establishing, prima facie, that the alleged injuries to the cervical and lumbar regions of the plaintiff's spine were not caused by the subject accident (*see Gouvea v Lesende*, 127 AD3d 811 [2015]; *Fontana v Aamaar & Maani Karan Tr. Corp.*, 124 AD3d 579 [2015]; *see generally Jilani v Palmer*, 83 AD3d 786, 787 [2011]).

In opposition, however, the plaintiff raised triable issues of fact as to whether the alleged injuries to the cervical and lumbar regions of his spine were caused by the accident (*see Perl v Meher*, 18 NY3d 208, 218-219 [2011]; *Compass v GAE Transp., Inc.*, 79 AD3d 1091, 1092 [2010]).

Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. Balkin, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.